IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK BAINE, | : |
|     Plaintiff, | : |
| vs. | :   CIVIL ACTION 05-00041-KD-M |
| CORRECTIONAL MEDICAL SERVICES, | : |
| INC., et al., | : |
|     Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 28th day of March, 2007.

/s/ Kristi K. Dubose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**